ANNA V. FAUST, as Administratrix of the Estate of DOROTHY F. ROOP, Deceased, Respondent, v. CENTRAL GREYHOUND LINES, INC., Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that the finding of freedom from contributory negligence on the part of the decedent, Dorothy Roop, is without evidence to support it. She was the owner of the car in which she was riding and the negligence of its driver is imputed to her. All concur. (The judgment is for plaintiff in an automobile bus line negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ANNA V. FAUST, as Administratrix of the Estate of EILEEN V. ROOP, Deceased, Respondent, v. CENTRAL GREYHOUND LINES, INC., Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that the finding of negligence on the part of the driver of defendant's bus is without evidence to support it. All concur, except McCurn, J., who dissents and votes for affirmance. (The judgment is for plaintiff in an automobile bus line negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ANNA V. FAUST, as Administratrix of the Estate of RICHARD M. ROOP, Deceased, Respondent, v. CENTRAL GREYHOUND LINES, INC., Appellant.— Same decision and like cause of action as in companion case of *Faust, as Administratrix of the Estate of Eileen V. Roop*, v. *Central Greyhound Lines, Inc.* (ante, p. 1055, decided herewith). Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ANNA V. FAUST, as Administratrix of the Estate of THOMAS C. ROOP, Deceased, Respondent, v. CENTRAL GREYHOUND LINES, INC., Appellant.— Same decision and like cause of action as in companion case of *Faust, as Administratrix of the Estate of Eileen V. Roop*, v. *Central Greyhound Lines, Inc.* (ante, p. 1055, decided herewith). Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

WILLIAM D. SEARIGHT, Respondent, v. CHICAGO PNEUMATIC TOOL COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for an alleged breach of contract of employment. The order denied defendant's motion for a directed verdict and granted plaintiff's motion for a directed verdict.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 274 App. Div. 851.]